IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARRY J BENNETT,

    Plaintiff,

v.                                                    CASE NO. 4:12-cv-00032-MP-CAS

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 27, 2012. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Department of Corrections and Secretary Bowden are dismissed as defendants. This case is transferred to the United States District Court for the Southern District of Florida, Palm Beach Division, for all further proceedings.

**DONE AND ORDERED** this *2nd* day of October, 2012

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge